■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL JENKINS, III, Appellant. [933 NYS2d 630]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Sconiers, Gorski and Martoche, JJ.